**Order entered August 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00072-CR

**CARLA RENEE RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-14137-J**

## ORDER

Before the Court is appellant's August 1, 2018 motion to supplement the record. In her motion, appellant seeks to supplement the record with copies of two search warrants involving a DVR. The record shows the warrants were the subject of a brief hearing on appellant's motion to suppress which the trial court denied. Although the warrants were offered into evidence and marked as Defendant's Exhibits "C" and "D," the record shows the trial court never admitted the exhibits into evidence. Thus, the warrants do not appear in the record on appeal.

Moreover, we note that appellant's brief raises only a legal sufficiency issue that does not depend upon the propriety of the search at issue in the motion to suppress nor even mentions the contents of the DVR.

There being no showing that the search warrant exhibits were admitted into evidence or are in any way material to this appeal, appellant's motion is **DENIED**.

/s/     LANA MYERS
JUSTICE